COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __Haywood__ __Erica__ _____
     (Last)          (First)       (Middle Initial)

Prisoner Number: __1975 0859__

Institutional Address: __Las Colinas Detention Facility, 451 Riverview Parkway, Santee, CA 92071__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

__Erica D. Haywood__
(Enter your full name.)

vs.

__San Diego County Sheriff,__
__Jail Doctors, and,__
__State Board of Community Corrections, et al.__
(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Provided by the clerk upon filing)

CV20 1684

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Las Colinas Detention facility Santee, CA__

B. Is there a grievance procedure in this institution?   YES ☑   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☑   NO ☐   (spoke to rank officers often)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: __Letters/forms to Captain (Captain and classification notified of my health, gender, conflicts with jailers - they did nothing to resolve.)__

2. First formal level: Complaints to Internal Affairs (Deputy Sorria attacked me after medical lab draw 2-16-2020; Deputy Cardenas slammed slot during medical visit, etc.)

3. Second formal level: Complaints to CLERB (Citizens Law Enforcement Review Board) - (jailer-victims harassing-provoking me, instigating more problems)

4. Third formal level: Complaints to State Board of Community Corrections (Numerous Title 15 violations, facility inspections rare, no treatment plan Title 15?)

E.  Is the last level to which you appealed the highest level of appeal available to you?

   YES ☑   NO ☐   (possibly)

F.  If you did not present your claim for review through the grievance procedure, explain why.

I did speak to rank officers. Jailers should not be allowed to work around inmate(s) they file charges against. PREA, PC 166, and rights of defendants - parties are at issue.

## II. Parties.

A.  Write your name and present address. Do the same for additional plaintiffs, if any.

ERICA D. HAYWOOD
951 Riverview Parkway
Santee, CA 92071.

B.  For each defendant, provide full name, official position and place of employment.

1) San Diego, CA Sheriff (Bill Gore) - Sheriff; Jails, counsel
2) Jail Doctors - Anderson, Gillmore, Von Lichtig; Doctors; jails
3) State Board of Community Corrections - Title 15 Board for facility compliance; Sacramento Government
4) Jail Dietitians and Kitchen Director - Food Supervisors; Las Colinas Detention Facility
5) Captain James Madsen - Jail Captain; Las Colinas Det. Facil.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Claim One: (Dates: 10/1/2019 to Present 2/16/2020) Several/numerous incidents; of cruelty, maltreatment, extremism, profiling, slander, medical abuse, and discrimination - from jail and healthcare staff.

Claim Two: (10/1/2019 - 2/16/2020) Misclassification, false AVRS, and gender unprotective housing/placement in facility.

Claim Three: (10/1/2019 - 2/16/2020) Nutritional neglect.

Claim Four: (4/14/2018 - 2/16/2020) PC 166 acts by jailers, harassment and repeat provoking by jailer-victims, PREA violations, and gender maltreatment.

Claim Five: (4/14/2018 - 2/16/2020) Abuse of office and official corruption, larceny, libel, malicious prosecution.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

My request is for: $30 million; transfer in venue of this complaint to be heard in US District Court in San Francisco due to problems with embezzlement, profiling, discrimination in San Diego Courts. Also I'm requesting immediate transfer to new jail, OR Bond release immediately, and downgrade - dismissal of all convictions and charges.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
(All in this complaint is my views, etc) [see attachments]

Executed on: 2-16-2020          ERICA D. HAYWOOD
              Date                      Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*



# San Diego County
## SHERIFF'S DEPARTMENT
### INMATE STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.

*ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.*

| Inmate's Name: *Nombre del Recluso:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Unidad:* |
|---|---|---|---|
| ERICA D. HAYWOOD | 19750859 | | |

Currently, I'm again in a debacle with medical to get my iron pill back on. They abruptly stop my iron and dietary foods at their discretion. So it's tough for me to get stable on my meds. It's virtually unheard of to get on psych meds when I have no health stable: iron, diet, snacks, food flavorings, and supplements. I'm entrapped.

Due to the dietary malfunctions and vitamin deficiencies my blood pressure is outrageously elevated. I feel very ill. They create a very risky situation and run my hypertension aloof - and refuse to monitor it. So I get very fatigued and lethargic, breathless, etc. I need to get to a specialist for second opinion and maternal health care. I'm being ignored by medical, skipped and refused care. I have jailers call medical for me.

Cordially,
Erica D. Haywood

J-56 (Rev. 5/13)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**INMATE SERVICES DIVISION**

**MAIL TO INMATES/CORRESPONDENCIA PARA RECLUSOS**

Address all correspondence as follows / *Dirija toda correspondencia en la siguiente manera*

FROM: Sender's name, street address, city, state and zip code
TO: Inmate's full name, booking number, if known, and detention facility address

*DEPARTE DE: El nombre del remitente, domicilio, ciudad, estado y zona postal*
*PARA: El nombre del recluso, su número de cárcel, si lo sabe, y la dirección de la cárcel*

| | | |
|---|---|---|
| **SAN DIEGO CENTRAL JAIL**<br>1173 Front Street<br>San Diego, CA 92101-3904 | **GEORGE BAILEY**<br>**DETENTION FACILITY/ FACILITY 8**<br>446 Alta Rd., Suite 5300<br>San Diego, CA 92158-0002 | **EAST MESA**<br>**REENTRY FACILITY**<br>446 Alta Rd., Suite 5200<br>San Diego, CA 92158-0002 |
| **LAS COLINAS**<br>**DETENTION AND REENTRY**<br>**FACILITY**<br>451 Riverview Parkway<br>Santee, CA 92071-3093 | **SOUTH BAY**<br>**DETENTION FACILITY**<br>500 Third Ave.<br>Chula Vista, CA 91910-5646 | **VISTA DETENTION FACILITY**<br>325 S. Melrose Drive, Suite 200<br>Vista, CA 92081-6696 |

There is no limitation placed on the volume of mail an inmate may send or receive. All non-confidential/legal mail is subject to being read and copied by authorized officials.

*No hay limitaciones puestas en el volumen de correspondencia que la persona reclusada puede enviar o recibir. Toda correspondencia que no es confidencial/legal está sujeta a examinación y documentación por officiales autorizados.*

**MONEY TO INMATES/DINERO PARA ENCARCELADOS**

Personal checks cannot be cashed by an inmate. **DO NOT send checks or cash through the mail**. Funds to be deposited into an inmate's account must be brought to a Jail Information window for processing or by accessing **www.sdsheriffcommissary.com**

*Chéques personales no se aceptan.* **NO MANDE chéques ni dinero por el correo.** *Cuando quiera dar dinero al recluso, solamente puede traer dinero a la ventanilla de información de la cárcel, o fondos tambien pueden ser depositados en la cuenta del recluso a través de* **www.sdsheriffcommissary.com**

**GENERAL INFORMATION/INFORMACION GENERAL**

Medical, dental, religious, educational and counseling services are provided by the jail. Inmates may not receive incoming phone calls, but are allowed to make outgoing collect or debit calls on a varying schedule.

*Servicio médico, dental, religioso, educativo y consejeros son disponibles por medio de la cárcel. Los reclusos no pueden recibir llamadas telefónicas, pero están permitidos hacer llamadas telefónicas por cobrar o débito durante horario variado.*

The following Information Line numbers have been established by geographic location:
*Las siguientes líneas de información han sido establecidas por localidad geográfica:*

(619) 610-1647    (760) 936-0014

Additional information can be found on the Sheriff's Internet Site:
*Información adicional se puede encontrar en el sitio de Internet del Sheriff:*

www.sdsheriff.net/jailinfo.html

J-56 (Rev. 3/16)



# San Diego County
## SHERIFF'S DEPARTMENT
### INMATE STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.

| Inmate's Name: Nombre del Recluso: | Booking No.: Número: | Facility: Cárcel: | Housing Unit: Unidad: |
|---|---|---|---|
| ERICA D. HAYWOOD | 19750859 | Las Colinas | 5A |

[Please order Sheriff to have specialist medical doctors care for me.] 2-27-2020

(All in this letter is my views, etc.)

To: US District Court - San Francisco Receivers,

Again - my name is ERICA. Please respond very soon. I'm trying for habeas corpus and federal relief. My situation is dire. Currently, I'm being held in a female facility under great maltreatment and neglect. San Diego county obviously no facility for gender variant inmates. So we are stuck in very unsafe, irrational, low grade facilities. Recently, inmates have been violated of safety rights as doors mysteriously open-unannounced.

J-56 (Rev. 5/13)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## INMATE SERVICES DIVISION

### MAIL TO INMATES/CORRESPONDENCIA PARA RECLUSOS

Address all correspondence as follows / *Dirija toda correspondencia en la siguiente manera*

FROM: Sender's name, street address, city, state and zip code
TO: Inmate's full name, booking number, if known, and detention facility address

*DEPARTE DE: El nombre del remitente, domicilio, ciudad, estado y zona postal*
*PARA: El nombre del recluso, su número de cárcel, si lo sabe, y la dirección de la cárcel*

| | | |
|---|---|---|
| **SAN DIEGO CENTRAL JAIL**<br>1173 Front Street<br>San Diego, CA 92101-3904 | **GEORGE BAILEY DETENTION FACILITY/ FACILITY 8**<br>446 Alta Rd., Suite 5300<br>San Diego, CA 92158-0002 | **EAST MESA REENTRY FACILITY**<br>446 Alta Rd., Suite 5200<br>San Diego, CA 92158-0002 |
| **LAS COLINAS DETENTION AND REENTRY FACILITY**<br>451 Riverview Parkway<br>Santee, CA 92071-3093 | **SOUTH BAY DETENTION FACILITY**<br>500 Third Ave.<br>Chula Vista, CA 91910-5646 | **VISTA DETENTION FACILITY**<br>325 S. Melrose Drive, Suite 200<br>Vista, CA 92081-6696 |

There is no limitation placed on the volume of mail an inmate may send or receive. All non-confidential/legal mail is subject to being read and copied by authorized officials.

*No hay limitaciones puestas en el volumen de correspondencia que la persona reclusada puede enviar o recibir. Toda correspondencia que no es confidencial/legal está sujeta a examinación y documentación por officiales autorizados.*

### MONEY TO INMATES/DINERO PARA ENCARCELADOS

Personal checks cannot be cashed by an inmate. **DO NOT send checks or cash through the mail**. Funds to be deposited into an inmate's account must be brought to a Jail Information window for processing or by accessing **www.sdsheriffcommissary.com**

*Chéques personales no se aceptan. **NO MANDE chéques ni dinero por el correo.** Cuando quiera dar dinero al recluso, solamente puede traer dinero a la ventanilla de información de la cárcel, o fondos tambien pueden ser depositados en la cuenta del recluso a través de **www.sdsheriffcommissary.com***

### GENERAL INFORMATION/INFORMACION GENERAL

Medical, dental, religious, educational and counseling services are provided by the jail. Inmates may not receive incoming phone calls, but are allowed to make outgoing collect or debit calls on a varying schedule.

*Servicio médico, dental, religioso, educativo y consejeros son disponibles por medio de la cárcel. Los reclusos no pueden recibir llamadas telefónicas, pero están permitidos hacer llamadas telefónicas por cobrar o débito durante horario variado.*

The following Information Line numbers have been established by geographic location:
*Las siguientes líneas de información han sido establecidas por localidad geográfica:*

(619) 610-1647    (760) 936-0014

Additional information can be found on the Sheriff's Internet Site:
*Información adicional se puede encontrar en el sitio de Internet del Sheriff:*

www.sdsheriff.net/jailinfo.html

J-56 (Rev. 3/16)

Erich O. Haywood
Booking # 19750859
Las Colinas Detention Facility
451 Riverview Parkway
Santee, CA 92071

P.D.

RECEIVED
MAR - 2 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Pro se

To: US District Court - San Francisco
450 Golden Gate Ave
San Francisco, CA 94102
Attn: Clerk of Court & Border Patrol-I



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013